1  Sheri M. Thome, Esq.
   Nevada Bar No. 008657
2  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
3  6689 Las Vegas Blvd. South, Suite 200
   Las Vegas, Nevada 89119
4  Telephone: 702.727.1400
   Facsimile: 702.727.1401
5  Email: Sheri.Thome@wilsonelser.com
   *Attorneys for Defendant*
6  *Clark County Credit Union*

7

8 **UNITED STATES DISTRICT COURT**

9 **DISTRICT OF NEVADA**

| | |
|---|---|
| 10  RIZAL AND ELVIRA GOLLA, | Case No. 2:22-cv-00063-GMN-EJY |
| 11              Plaintiffs, | |
| 12  v. | **JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| 13  EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; CLARK COUNTY CREDIT UNION; AND AARGON AGENCY, INC, | **(First Request)** |
| 15 | |
| 16              Defendants. | |

17       Plaintiffs Rizal and Elvira Golla ("Plaintiffs") and Defendant Clark County Credit Union
18  ("Clark County"), by and through their respective counsel of record, jointly request an order
19  extending the deadline for Clark County to file a responsive pleading to Plaintiffs' Complaint by
20  four (4) days, from the current deadline of February 14, 2022 to February 18, 2022.  This motion is
21  submitted in compliance with LR IA 6-1 and LR IA 6-2.
22       Good cause exists for the requested extension, as undersigned counsel for Clark County has
23  only recently been retained in this matter is in the process of obtaining and reviewing the relevant
24  file materials and information necessary to respond to the allegations set forth in the Complaint.
25  Accordingly, the parties agree that the requested extension furthers the interests of this litigation
26  and is not being requested in bad faith or to delay these proceedings unnecessarily.
27  / / /
28  / / /

266477113v.1

This is the parties' first request for an extension of Clark County's responsive pleading deadline.

DATED this 18th day of February, 2022.

        WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

        By:   */s/ Sheri M. Thome*
              Sheri M. Thome, Esq.
              Nevada Bar No. 008657
              6689 Las Vegas Blvd. South, Suite 200
              Las Vegas, Nevada 89119
              Telephone: 702.727.1400
              Facsimile: 702.727.1401
              Sheri.Thome@wilsonelser.com
              *Attorneys for Defendant*
              *Clark County Credit Union*

DATED this 18th day of February, 2022.

        PRICE LAW GROUP, APC

        By:   */s/ Steven A. Alpert*
              Steven A. Alpert, Esq.
              Nevada Bar No. 008353
              5940 S. Rainbow Blvd., Suite 3014
              Las Vegas Nevada, 89118
              Telephone: 702-794-2008
              Facsimile: 866-401-1457
              alpert@pricelawgroup.com
              *Attorneys for Plaintiffs*
              *Rizal and Elvira Golla*

## **ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED.**

Dated this 18th day of February, 2022.

        _____
        UNITED STATES MAGISTRATE JUDGE

266477113v.1