**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Rizal and Elvira Golla*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RIZAL AND ELVIRA GOLLA, <br><br> Plaintiffs, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; CLARK COUNTY CREDIT UNION; AND AARGON AGENCY, INC., <br><br> Defendants. | Case No.: 2:22-cv-00063-GMN-EJY <br><br> **STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Rizal and Elvira Golla and Defendant Experian Information Solutions, Inc. ("Experian"), by and

//

//

//

//

//

through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Experian.

| | |
|---|---|
| RESPECTFULLY SUBMITTED, | DATED: August 30, 2022 |
| **PRICE LAW GROUP, APC** | **NAYLOR &BRASTER** |
| /s/Steven A. Alpert | By: /s/ Jennifer L. Braster |
| Steven A. Alpert, NV Bar #8353 | Jennifer L. Braster |
| 5940 S. Rainbow Blvd., Suite 3014 | Nevada Bar No. 9982 |
| Las Vegas Nevada, 89118 | Benjamin B. Gordon |
| Phone: 702-794-2008 | Nevada Bar No. 15552 |
| alpert@pricelawgroup.com | 1050 Indigo Drive, Suite 200 |
| | Las Vegas, NV 89145 |
| *Attorneys for Plaintiff, Rizal and Elvira Golla* | **JONES DAY** |
| | By: /s/ Cheryl L. O'Connor |
| | Cheryl L. O'Connor |
| | Nevada Bar No. 14745 |
| | 3161 Michelson Drive, Suite 800 |
| | Irvine CA, 92612 |
| | *Attorneys for Defendant Experian Information Solutions, Inc.* |

## ORDER

**IT IS SO ORDERED.**

Dated this  29  day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT