**Price Law Group, APC**
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

Steven A. Alpert, NV Bar #8353
*Attorneys for Plaintiff,*
*Rizal and Elvira Golla*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RIZAL AND ELVIRA GOLLA,<br><br>        Plaintiffs,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION LLC; CLARK COUNTY CREDIT UNION; AND AARGON AGENCY, INC.,<br><br>        Defendants. | Case No.: 2:22-cv-00063-GMN-EJY<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT CLARK COUNTY CREDIT UNION** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Rizal and Elvira Golla and Defendant Clark County Credit County ("Clark County"), by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice as to Defendant Clark County, with the parties to bear their own fees and costs.

RESPECTFULLY SUBMITTED,

**PRICE LAW GROUP, APC**

DATED: August 31, 2022

<u>/s/Steven A. Alpert</u>
Steven A. Alpert, NV Bar #8353
5940 S. Rainbow Blvd., Suite 3014
Las Vegas Nevada, 89118
Phone: 702-794-2008
alpert@pricelawgroup.com

*Attorneys for Plaintiff,*
*Rizal and Elvira Golla*

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/ Sheri M. Thome
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401

*Attorneys for Defendant*
*Clark County Credit Union*

## ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this __31__ day of August, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT